922

No. 598, Misc. RIVENBURGH v. UTAH. Supreme Court of Utah. Certiorari denied. *George H. Searle* for petitioner.

No. 608, Misc. AUGUSTINE v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Eugene Stanley* for petitioner.

No. 593, Misc. AGRON v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Shad Polier* and *Charles A. Reich* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 126. MOHAMMED v. UNITED STATES, *ante*, p. 820;

No. 178. TUSKEGEE INSTITUTE v. BANK OF NEW YORK, TRUSTEE, ET AL., *ante*, p. 838;

No. 263. PATTERSON, WARDEN, ET AL. v. MEDBERRY, *ante*, p. 839;

No. 276. GRAY v. JOHANSSON ET AL., *ante*, p. 835;

No. 277. G. & H. TOWING CO. v. JOHANSSON ET AL., *ante*, p. 835;

No. 19, Misc. O'LEARY v. CITY OF AKRON, *ante*, p. 843;

No. 48, Misc. FERNANDEZ ET AL. v. FLINT BOARD OF EDUCATION ET AL., *ante*, p. 843;

No. 254, Misc. MOSS v. JONES, WARDEN, *ante*, p. 868;

No. 262, Misc. MORRISON v. HERITAGE, WARDEN, *ante*, p. 867;

No. 307, Misc. HUBBARD v. BOARD OF EDUCATION OF NEW YORK CITY, *ante*, p. 1;

No. 427, Misc. RILEY v. PENNSYLVANIA READING SEASHORE LINES, *ante*, p. 11; and

No. 428, Misc. McCARY v. HAND, WARDEN, *ante*, p. 807. Petitions for rehearing denied.